IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | |
| | NO. 07-21717 |
| ANDREW STALLWORTH, | CHAPTER 13 |
| Debtor. | JUDGE JACQUELINE P. COX |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes REAL TIME RESOLUTIONS, INC., its successors and/or assigns (hereinafter referred to as "REAL TIME"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on November 19, 2007, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That REAL TIME is a creditor of the Debtor with respect to a certain *second* mortgage upon real estate, with a common address of 2216 170th Street, Hazel Crest, IL 60429.

3. That, on October 4, 2010, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount.

4. That, as of this date, although all pre-petition arrearage payments have been paid by the trustee, the post-petition payments are in arrears in the amount of $11,576.51, which represents payments December 1, 2007, through this date.

5. **That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.**

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for REAL TIME RESOLUTIONS, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 07 B 21717 |
| ANDREW STALLWORTH, | CHAPTER 13 |
| Debtor. | JUDGE JACQUELINE P. COX |

## NOTICE OF FILING

TO:

Andrew Stallworth
2216 170th Street
Hazel Crest, IL 60429
**BY U.S. MAIL**

Brian R. Zeft, Attorney at Law          **BY ELECTRONIC TRANSMISSION**
Tom Vaughn, Chapter 13 Trustee      **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that the attached Statement of Outstanding Obligations was filed with the United States Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Statement of Outstanding Obligations attached, upon the parties listed above, by the methods specified, from 18201 Morris Avenue, Homewood, Illinois 60430 on the 3rd day of December 2010.

BY:    /s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301   Fax: (708) 922-3302
Atty. for REAL TIME RESOLUTION, INC.